IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD DUTKIEWICZ,<br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, [1]<br>**Acting Commissioner of Social Security Administration,**<br>          Defendant. | CIVIL ACTION<br><br><br><br>NO. 12-6154 |

# O R D E R

**AND NOW**, this 7th day of March, 2014, upon consideration of Complaint and Request for Review filed by plaintiff, Chad Dutkiewicz, the record in this case and the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated January 27, 2014, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated January 27, 2014, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review and the relief requested in the Complaint are **GRANTED** to the extent that plaintiff seeks a remand to the Commissioner of the Social Security Administration, and **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated January 27, 2014.

               BY THE COURT:
               /s/ Hon. Jan E. DuBois

               _____
                  **DuBOIS, JAN E., J.**

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security in February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.